# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

January 31, 2014

147322

BERNARD A. STUDLEY and JANET L. STUDLEY,
          Plaintiffs-Appellees,

v

TOWNSHIP OF HILL, MARK WILSON, LETISIA WILSON, SHELLEY E. WELLNITZ, SCOTT E. WELLNITZ, CHARLES RANDOLPH, JOHNNIE G. KARL, PAMELA M. HUNTER, GEORGE R. ALASKA, SHADY SHORES PARK LOT OWNERS ASSOCIATION, DEPARTMENT OF NATURAL RESOURCES, DEPARTMENT OF TRANSPORTATION, DEPARTMENT OF TREASURY, RHONDA S. MILES, GREGG P. MILES, RICHARD J. MAZUR, and CONSTANCE MAZUR,
          Defendants-Appellees,
and

TERRY LEE ELLISON,
          Defendant-Appellant,
and

JAMES EVENINGRED and DIANE EVENINGRED,
          Intervening Defendants-Appellees,
and

CLAUDE H. YOE, SR., CAROL A. YOE, DENISE SUZANNE WILLIAMS, DAVID M. WILLIAMS, DAVID T. WEST, ANDREA WEST, ROMAN F. VAN THOMME, GRACE M. VAN THOMME, KURT P. TRAUTNER, JACK L. STOWE, WENDY K. SLIGER, STEVEN R. SLIGER, PAUL J. SHEMON, DAWN L. SHEMON, MICHAEL P. MARTIN, CLIFFORD MARTIN, KELLI R. KIRK, BRIDGET KAY

SC: 147322
COA: 303845
Ogemaw CC: 09-657196-CH

KANICKI, TRAVIS W. KANGAS, AMANDA M.
KANGAS, ROBERT P. AND CAROL
KANDELL TRUST, GARY JOHN HUISKENS,
ROBERT E. HENGEY, EDWARD L. HALL,
DAVID L. AND JO ANN HALL TRUST,
CONSTANCE E. DEBUSSCHERE, BRUCE
DAWSON, VICKI L. CAROLAN, JOSEPH M.
CAROLAN, JOSEPH J. BANNASCH, SR.,
WILBURT AND PHYLLIS BAILER TRUST,
DONALD D. ASHER TRUST, OGEMAW
COUNTY ROAD COMMISSION, and
OGEMAW COUNTY DRAIN COMMISSION,
    Defendants,
and

ARTHUR ALDRICH and CLAIRE ALDRICH,
    Intervening Defendants.

_____/

  On order of the Court, the application for leave to appeal the May 23, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



s0127

            Clerk